# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* § <br> AIDAN FORSYTH § <br> § <br> v. § <br> § <br> SPEED FAB-CRETE CORPORATION, § <br> CARL EUGENE HALL, RONALD § <br> ALAN HAMM, and DAVID LEON § <br> BLOXOM § | CIVIL ACTION NO. 3:23-CV-2162-S |

## **ORDER**

Before the Court is the Government's Notice of Intervention ("Notice") [ECF No. 16]. Having reviewed the Notice, the Court **ORDERS** as follows:

The following documents shall be unsealed and publicly docketed: the Qui Tam Complaint [ECF No. 2], the Notice, and this Order. All other papers or orders on file in this matter prior to the date of this Order shall remain under seal. This action shall be unsealed going forward such that any documents filed in this action after the date of this Order shall be filed on the public docket unless filed under seal pursuant to some other order of the Court or filed in connection with an appropriate motion to seal under local civil rules.

Within 60 days from the date of this Order, the Government shall file its complaint, and the Government shall thereafter cause summonses to be issued for each defendant and proceed with effecting service of process (or obtaining a waiver of service) in accordance with Federal Rule of Civil Procedure 4.

**SO ORDERED.**

SIGNED October 19, 2024.

_____
**KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE**