IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>SPEED FAB-CRETE CORPORATION, CARL EUGENE HALL, RONALD ALAN HAMM, DAVID LEON BLOXOM, and JANET HALL,<br><br>　　Defendants. | Civil Action No. 3:23-CV-2162-S |

## **CERTIFICATE OF INTERESTED PERSONS**

　　This is to certify that other than the parties to this case, the undersigned counsel for plaintiff United States of America is currently unaware of any person, organization, or other legal entity with a financial interest in the outcome of this case.

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

/s/ Brian W. Stoltz
Brian W. Stoltz
Assistant United States Attorney
Texas Bar No. 24060668
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:   214-659-8626
Facsimile:    214-659-8807
brian.stoltz@usdoj.gov

Attorneys for the United States